IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**CURTIS CALMES; and**
**LARRY CHARLES CALMES**                                              **PLAINTIFFS**

**v.**            **CASE NO. 4:10CV01453 BSM**

**ALLSTATE INSURANCE COMPANY, d/b/a**
**ALLSTATE INDEMNITY COMPANY, d/b/a**
**ALLSTATE**                                                          **DEFENDANT**

## ORDER

Defendant Allstate's motion to dismiss its third-party complaint without prejudice [Doc. No. 19] is GRANTED. The clerk's office is directed to close this case.

IT IS SO ORDERED this 31st day of October 2011.

_____
UNITED STATES DISTRICT JUDGE